Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DEBRA C. GOLD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA C. GOLD | Case No.: 2:17-cv-02155-RFB-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Debra C. Gold and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from May 31, 2018 to July 20, 2018 for Plaintiff to file a Motion for Remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel due to heavy caseload counsel is unable to fully brief the matter. Counsel respectfully requests the Court consider this case on its merits and sincerely apologizes for this inconvenience.

DATE: May 31, 2018                    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Debra C. Gold

DATE:  May 31, 2018

DAYLE ELISESON
United States Attorney

/s/ *Ben A. Porter*

BY: _____
Ben A. Porter
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED:  June 4, 2018.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:17-CV-02155-RFB-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 31, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff