UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| C. DEBRA GOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:17-cv-02155-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 21] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 7, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 21, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 21] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Debra C. Gold's Motion for Reversal and/or Remand (ECF No. 18) is DENIED.

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (ECF No. 19) is GRANTED.

The Clerk of Court is directed to close this case.

DATED: February 11, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**